# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| MUKHAMMAD KHOLOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:25-cv-226 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Mukhammad Kholov's ("Kholov") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 26. Kholov did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Detainee Not Here, Return to Sender." Dkt. No. 27 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss and

**DISMISS without prejudice** Kholov's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. Nos. 1, 13. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Kholov *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA